THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: November 8, 2019



G. Michael Halfenger
Chief United States Bankruptcy Judge

United States Bankruptcy Court
517 East Wisconsin Avenue, Room 126
Milwaukee, WI 53202-4581

| | |
|---|---|
| In re: TAMIRA S RASCO | CHAPTER 13 |
| | Case No. 19-30602-GMH |
| Soc. Sec. No. xxx-xx-5502 | |
| | PAYROLL ORDER |

### ORDER FOR PAYROLL DEDUCTIONS

To, HOPE CHRISTIAN SCHOOLS HIGH SCHOOL LLC, the employer of the above debtor(s):

The above named debtor proposed a plan to pay debts out of future earnings. By this plan the debtor's earnings are subject to the supervision and control of the Bankruptcy Court. Now, therefore,

IT IS ORDERED THAT:

1. You, HOPE CHRISTIAN SCHOOLS HIGH SCHOOL LLC, shall deduct from the earnings of said debtor (including vacation pay), the sum of **$250.00 Semi-Monthly**, beginning on the next payday following receipt of this Order and continuing until further notice. You shall immediately pay to the Chapter 13 Trustee the sums so deducted. **INCLUDE THE <u>DEBTOR'S NAME</u> AND <u>CHAPTER 13 CASE NUMBER</u> WITH EACH REMITTANCE. PLEASE MAKE PAYABLE AND MAIL TO:**

**CHAPTER 13 TRUSTEE
P.O. BOX 730
MEMPHIS, TN 38101-0730**

**or to pay electronically go to https://tfsbillpay.com/employer**

2. All earnings and wages of the debtor, except amounts required to be withheld pursuant to provisions of law, insurance, pension, union dues, child support, or by the Order of this Court, shall be paid to the debtor in accordance with your usual procedure. No other deduction shall be made by you.

3. This Order supersedes any previous Order for payment in this case.

**Debtor(s) Employer:**
HOPE CHRISTIAN SCHOOLS HIGH SCHOOL LLC
Attn: Payroll Department
20935 W. SWENSON DRIVE
#101
WAUKESHA, WI 53186-

**Debtor(s):**
TAMIRA S RASCO
550 WEST LARAMIE LANE
BAYSIDE, WI 53217

**Debtor(s) Attorney:**
WATTON LAW GROUP
301 WEST WISCONSIN AVENUE
5TH FLOOR
MILWAUKEEWI 53203-

Chapter 13 Trustee
P.O. Box 510920
Milwaukee, WI 53203
Telephone (414) 271-3681
Fax (414) 271-9344

Trustee Issued Date: November 07, 2019
#####