So Ordered.

Dated: January 21, 2022



G. Michael Halfenger
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re: CLENEST RASCO and  
    TAMIRA S RASCO,

        Debtors.

Chapter 13

Case No. 19-30602-GMH

## ORDER MODIFYING CONFIRMED CHAPTER 13 PLAN

The debtors filed a motion to modify the plan on December 21, 2021 and served notice of the modified plan as required by Bankruptcy Rule 3015, Local Rule 3015, or court order. The modified plan meets the requirements of 11 U.S.C. § 1329, and

IT IS ORDERED THAT:

1. The confirmed chapter 13 plan is modified as stated in the debtors' December 21, 2021 request to modify confirmed plan.

2. Summary of payments: $950.00 monthly for the remainder of the 60-month plan.

#####